JOSEPHINE HUISWARD et al., Respondents, *v.* GOOD HUMOR CORPORATION, Defendant, and WESTCHESTER STREET TRANSPORTATION COMPANY, INC., Appellant.

Argued February 19, 1947; decided April 10, 1947.

*Addison B. Scoville* and *A. C. Mayo* for appellant.

*Joseph G. Saile, Thomas N. Fasso* and *Thomas J. O'Neill,* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER, DYE and FULD, JJ.